IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| VELMA JUANITA HOWELL, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SELECTQUOTE INSURANCE SERVICES,<br><br>*Defendant.* | Case No. **2:24-cv-02480-KHV-BGS** |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: November 12, 2025

**BUTSCH ROBERTS & ASSOCIATES LLC**

*/s/ Christopher E. Roberts*
Christopher E. Roberts #24528
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Telephone: (314) 863-5700
Fax: (314) 863-5711
croberts@butschroberts.com

KIMMEL & SILVERMAN, P.C.

Jacob U. Ginsburg, Esq. (pro hac vice)
30 East Butler Ave.
Ambler, PA 19002

        Phone: (267) 468-5374
        Facsimile: 877-788-2864
        jginsburg@creditlaw.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Christopher E. Roberts, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon all parties of record via the CM/ECF system.

Dated: November 12, 2025

        */s/ Christopher E. Roberts*
        Christopher E. Roberts #24528